# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

DONNIE MAIDEN                                                                                           PETITIONER
ADC #154687

v.                                              4:20-cv-00724-JJV

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                                         RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 24th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1